# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| OSCAR BLANCO, | NO. CV 13-9378-JFW (MAN) |
|     Petitioner, | |
| v. | JUDGMENT |
| E. VALENZUELA, WARDEN, | |
|     Respondent. | |

Pursuant to the Court's Order: Dismissing Petition As Second Or Successive; Denying A Certificate Of Appealability; And Referring Petition To Ninth Circuit Pursuant To Ninth Circuit Rule 22-3(a),

IT IS ADJUDGED that this action is dismissed without prejudice, as second or successive, pursuant to 28 U.S.C. § 2244(b).

DATED: January 9, 2014.

                                                      JOHN F. WALTER
                                       UNITED STATES DISTRICT JUDGE